IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FOY BULLARD, JR., : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 18-1313 |
| : | |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| Defendant. : | |

# O R D E R

**AND NOW**, this 9th day of October, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9), Defendant's Response (Doc. No. 10), and Plaintiff's Reply (Doc. No. 11), as well as the administrative record herein (Doc. No. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 14), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED** and **ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9) is **GRANTED**;

3. The above-captioned action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the Report and Recommendation (Doc. No. 14);

4. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.